**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA and EARL L. HENRY, BONNIE J.
LAURIA, RAYMOND B. BAILEY, THEODORE
J. GENCO, MARVIN C. MARLOW, CHARLES
R. MILLER, LAVERNE M. SORIANO and JOHN
HUBER, on behalf of themselves and all other
persons similarly situated,

        Plaintiffs,

v.                              Case No. 07-CV-14074-DT

GENERAL MOTORS CORPORATION,

        Defendant.
                                        /

**ORDER GRANTING "APPLICATION OF PLAINTIFF CLASS REPRESENTATIVES'
COUNSEL TO BE RELIEVED OF OBLIGATION TO SPECIFY LOCAL COUNSEL"**

Pending before the court is an October 5, 2007 application filed by out-of-town counsel for Plaintiffs Earl L. Henry, Bonnie J. Lauria, Raymond B. Bailey, Theodore J. Genco, Marvin C. Marlow, Charles R. Miller, Laverne M. Soriano and John Huber (the "Class Representatives"). Counsel for the Class Representatives requests an order relieving them of the obligation to specify local counsel under Eastern District of Michigan Local Rule 83.20(f). Under these circumstances,[1] particularly in view of counsel's prior performance in *UAW v. GM*, case number 05-73991, the court determines that the Class Representatives need not specify local counsel. Accordingly,

---

[1] It is the court's ordinary practice to deny such motions. *See, e.g., Keck v. Graham Hotel Sys., Inc.*, No. 07-11042, 2007 WL 1452909 (E.D. Mich. May 15, 2007).

IT IS ORDERED that the "Application of Plaintiff Class Representatives' Counsel to be Relieved of Obligation to Specify Local Counsel" [Dkt. # 8] is GRANTED.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 15, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2007, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522