**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA and EARL L. HENRY, BONNIE J.
LAURIA, RAYMOND B. BAILEY, THEODORE
J. GENCO, MARVIN C. MARLOW, CHARLES
R. MILLER, LAVERNE M. SORIANO and JOHN
HUBER, on behalf of themselves and all other
persons similarly situated,

      Plaintiffs,

v.                                        Case No. 07-CV-14074-DT

GENERAL MOTORS CORPORATION,

      Defendant.
                                          /

**ORDER REGARDING OBJECTIONS**

On March 5, 2008, the Court granted the parties' Joint Motion for Preliminary Approval of Class Action Settlement Agreement and Proposed Class Notice, ordering distribution and publication of notices to the class, and setting a deadline of May 13, 2008, for class members to submit objections to the Court.

After consultation with the parties by telephone on March 11, 2008, the Court hereby orders that, as the objections are received by the Court, the parties are to retrieve them from the Court, and copies shall be kept in the custody of Class Counsel. On or before May 20, 2008, the parties shall file as part of one single docket entry all

objections in alphabetical order, along with an index listing the names of objectors in alphabetical order.

    IT IS SO ORDERED.


                      s/Robert H. Cleland
                      ROBERT H. CLELAND
                      UNITED STATES DISTRICT JUDGE

Dated: March 20, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2008, by electronic and/or ordinary mail.


                      s/Lisa Wagner
                      Case Manager and Deputy Clerk
                      (313) 234-5522