**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA and EARL L. HENRY, BONNIE J.
LAURIA, RAYMOND B. BAILEY, THEODORE
J. GENCO, MARVIN C. MARLOW, CHARLES
R. MILLER, LAVERNE M. SORIANO and JOHN
HUBER, on behalf of themselves and all other
persons similarly situated,

       Plaintiffs,

v.                                                        Case No. 07-CV-14074-DT

GENERAL MOTORS CORPORATION,

       Defendant.
_____/

**ORDER PRECLUDING LAFONZA WASHINGTON FROM FILING PAPERS**

On or about August 29, 2008, and at other times, Lafonza Washington has presented papers for filing on the docket of this closed case, purporting that he is either an objector or in some other way a party in interest. He is neither.

Washington has developed a history of habitually refusing to obey the directives of the judges of this court, *e.g.,* to meaningfully and truthfully address questions and to desist from filing papers. *See Washington v. Citizens Bank, et. al.,* 01-74022 (Woods, D.J.) In that case the court noted that "Plaintiff is an experienced *pro se* litigant. Dating back to 1982, he has filed fifteen lawsuits in this district. Many of them have been summarily dismissed . . . ." *Id.*, May 10, 2002 Order; *see also Washington v. General Motors Corp., et al.,* 01-70659 (Cohn, D.J.). The cases "show a striking pattern of

motion filings, e.g., motions for mandamus relief, protective orders, preliminary injunctions, temporary restraining orders, clerk's entry of default, default judgment, joinder of claims/remedies, attorney's fees, preferential setting, grand jury investigation, recusal or disqualification of judges, etc." *Citizens Bank*; 01-74022, May 10, 2002 Order.

The pattern continues in this case. The papers submitted for filing present Washington as "Petitioner" and a host of other parties including the Clerk of this court as "Respondents." The papers purport to be petitions and other requests related to mandamus relief all connected to the substance of this closed case 07-14074. Several previous papers presented for filing have been in the nature of claims for relief by an objector to the class settlement, and all have been forwarded to class counsel for disposition.

The court notes that Washington has been "precluded from filing any future actions in this Court without first obtaining leave," and that the Clerk has been "directed to not accept any filings without leave of Court." *Washington v. General Motors Corp., et al.,* 01-70659, February 28, 2002 Order. There has been no showing that the preclusion has been lifted, and the court will not construe these papers as any independent litigation.

As to Washington's repetitious presentation of papers for filing in the present case, the court adopts the findings of Judge Cohn in *General Motors:*

> The Court is entitled to protect its jurisdiction from vexatious litigants abusing the judicial process. See *In re Martin-Triaona,* 737 F.2d 1254, 1261 (2d Cir. 1984). The Court of Appeals for the Sixth Circuit has specifically approved a district court's power to limit the filing of lawsuits by vexatious litigants. *Filipas v. Lemons,* 835 F.2d 1145, 1146 (6th. Cir. 1987). Plaintiff has shown a history of

2

filing unsubstantiated and vexatious lawsuits.' Because the Court's time and resources are scarce, it is necessary to prevent future similar abuses by plaintiff.

*Id.* Accordingly,

IT IS ORDERED that the Clerk of Court take notice that Lafonza Washington is PRECLUDED from filing any papers in the captioned case. Should Washington defy this order, the Clerk of Court is directed to refuse to file his submissions, and to discard them.

IT IS FURTHER ORDERED that the United States Marshal take notice that any papers tendered to the Marshal for service by Lafonza Washington are spurious and may be discarded if they are not accompanied by an order authorizing service signed by a United States District Judge.

          s/ Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: September 5, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 5, 2008, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522