**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; and EARL L. HENRY, BONNIE J. LAURIA, RAYMOND B. BAILEY, THEODORE J. GENCO, MARVIN C. MARLOW, CHARLES R. MILLER, LAVERNE M. SORIANO, and JOHN HUBER, on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>GENERAL MOTORS CORPORATION,<br><br>    Defendant. | Case No.: 2:07-cv-14074-RHC-VMM<br><br>Hon. Robert H. Cleland<br>Magistrate Virginia M. Morgan<br><br>**CLASS ACTION** |

## ORDER

AND NOW, this 9th day of September 2008, having considered the Plaintiff Class Representatives' Supplemental Brief In Support of their Motion For Attorneys' Fees and Expenses, it is hereby ordered that said motion is granted, that Class Counsel are awarded $594,988.50 as reasonable attorneys' fees through July 31, 2008, and are also awarded $245,472.09 in costs through July 31, 2008 (for a total of $840,415.59). This Court also retains jurisdiction over any additional fee petitions to be filed in connection with the court proceedings to obtain the judgment and any appeals therefrom.

                So Ordered,

                S/Robert H. Cleland
                Robert H. Cleland
                United States District Judge

cc: All parties of record.