# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; and EARL L. HENRY, BONNIE J. LAURIA, RAYMOND B. BAILEY, THEODORE J. GENCO, MARVIN C. MARLOW, CHARLES R. MILLER, LAVERNE M. SORIANO, and JOHN HUBER, on behalf of themselves and all other persons similarly situated, | Case No.: 2:07-cv-14074-RHC-VMM <br><br> Hon. Robert H. Cleland <br> Magistrate Virginia M. Morgan <br><br> **CLASS ACTION** |
| Plaintiffs, <br> v. <br><br> GENERAL MOTORS CORPORATION, <br><br> Defendant. | |

## ORDER

AND NOW, this 24 day of March, 2008, having considered the Plaintiff Class Representatives' Supplemental Motion For Expenses, it is hereby ordered that said motion is granted, that Class Counsel are awarded $41,786.88.

So Ordered,

s/Robert H. Cleland
Robert H. Cleland
United States District Judge

cc:   All parties of record.